(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>Northern District of Georgia | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Centennial HealthCare Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**58-1839701** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**400 Perimeter Center Terrace**<br>**Suite 650**<br>**Atlanta, GA 30346** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Dekalb** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**400 Perimeter Center Terrace**<br>**Suite 650**<br>**Atlanta, GA 30346** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Centennial HealthCare Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See attached** | Case Number: | Date Filed: |
| District:<br>**Northern District of Georgia** | Relationship:<br>**Affiliates** | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  **/s/ Sarah R. Borders 610649**
Signature of Attorney for Debtor(s)
**Sarah R. Borders 610649**
Printed Name of Attorney for Debtor(s)
**King & Spalding**
Firm Name
**191 Peachtree Street**
**Atlanta, GA 30303**
Address
**404-572-4600  Fax: 404-572-5149**
Telephone Number
**December 20, 2002**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ David R. Wilson**
Signature of Authorized Individual
 **David R. Wilson**
Printed Name of Authorized Individual
 **President**
Title of Authorized Individual
**December 20, 2002**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)         Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re  **Centennial HealthCare Corporation**                                                                Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
# Attachment A

```
Carebridge, Inc.
Centennial Acquisition Corporation
Centennial Employee Management Corporation
Centennial HealthCare Acquisition Corporation
Centennial HealthCare Corporation
Centennial HealthCare Hospital Corporation
Centennial HealthCare Investment Corporation
Centennial HealthCare Management Corporation
Centennial HealthCare Properties Corporation
Centennial HealthCare Property Services Corporation
Centennial Professional Therapy Services Corporation
Centennial/Ashton Properties Corporation
Coastal Administrative Services Corporation
Hilltopper Holding Corp.
Jennings Nursing Home Investors, LLC
Jennings Property Services Company, LLC
Oak Grove of Rutherford Limited Partnership
Paragon Rehabilitation, Inc.
Parkview Partnership
Probitas Claims Management, LLC
Probitas Consulting Services, LLC
Probitas Health Management Solutions, LLC
Probitas Procurement Services, LLC
Probitas Real Property Management, LLC
THS Partners I, Inc.
THS Partners II, Inc.
Total Care Consolidated, Inc.
Total Care of the Carolinas, Inc.
Total Care, Inc.
Total Health Care Services, Inc.
Transitional Financial Services, Inc.
Transitional Health Partners d/b/a Transitional Health Services
Transitional Health Services, Inc.
WelCare HealthCare Acquisition Corporation
WelCare Investment Company, LLC
```

## CENTENNIAL HEALTHCARE CORPORATION.
## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being the sole director of Centennial HealthCare Corporation, a Delaware corporation (the "Corporation"), pursuant to the Corporation's bylaws and Section 8-141 of the Delaware Business Corporation Code, do hereby, by signing this instrument, (i) consent to taking action on the following resolutions without a meeting, (ii) indicate the undersigned's vote in favor of such resolutions, and (iii) direct that this consent be filed with the minutes of the proceedings of the directors of the Corporation:

**RESOLVED**, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that David R. Wilson, Chief Executive Officer and President and Danny E. Carpenter, Executive Vice President, Chief Financial Officer and Treasurer (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form and forms as such Authorized Officer may approve;

**RESOLVED**, that the firm of King & Spalding, with an office currently located at 191 Peachtree Street, Atlanta, Georgia 30303, be, and it hereby is, employed as attorneys for the Corporation under a general retainer in connection with the prosecution of the Corporation's case under chapter 11 of the Code;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Corporation's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, including, but not limited to motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Corporation to incur post-petition secured and super-priority indebtedness in the amount of up to $50,000,000 from Wachovia Bank, N.A. and/or other lenders and to execute any and all instruments and agreements which they deem necessary, proper and desirable in connection therewith;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain financial advisors, accountants and other professionals, to advise the Corporation in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by the foregoing Resolutions, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Corporation on its behalf, such actions are hereby ratified and confirmed in their entirety.

IN WITNESS WHEREOF, the sole director has executed this consent as of December 20, 2002.

/s/ David R. Wilson
David R. Wilson

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Centennial HealthCare Corporation**
                                                    Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hilltopper Holding Corporation**<br>**400 Perimeter Center Terrace**<br>**Suite 650**<br>**Atlanta, GA 30346** | **Common Stock** | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 20, 2002**

Signature  **/s/ David R. Wilson**
**David R. Wilson**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders