**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CENTENNIAL HEALTHCARE CORPORATION**, *et al.*, | ) ) | Case Nos. 02-_____ through 02-_____ |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

## DEBTORS' 30 LARGEST UNSECURED CREDITORS
## ON A CONSOLIDATED BASIS

Following is the list of the debtors' creditors holding the 30 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| Medline Industries<br>One Medline Place<br>Mundelein, IL 60060 | 847 949 2002<br>Bill Abington | Trade | | $4,112,643.00 |
| OmniCare, Inc.<br>100 East Rivercenter Boulevard<br>Suite 1500<br>Covington, KY 41011 | 859 392-3300<br>Joel Gemunder | Trade | | $2,945,596.24 |
| West Bend Mutual Insurance Company<br>1900 South 18th Street Avenue<br>West Bend, WI 53095 | Greg Syvrud<br>3113 W. Beltline Hwy.<br>Madison, WI 53708 | Surety | contingent<br>unliquidated | $2,750,000.00 |
| Indiana HCP, LP<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660 | 949 221-0600<br>James Reynolds | Lease | | $2,130,784.90 |
| Ernst & Young LLP<br>600 Peachtree St., Suite 2800<br>Atlanta, GA 30308-2215 | 404 814 5828<br>Tony Bielawski | Professional Fees | | $1,250,071.00 |
| Health Care Property Investors, Inc.<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660 | 949 221-0600<br>James Reynolds | Lease | | $1,011,165.61 |
| Institutional Distributors, Inc.<br>2742 Hwy 25 N<br>PO Box 520<br>East Bernstadt, KY 40729 | Chief Financial Officer | Trade | | $636,854.41 |
| Health Care Property Partners<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660 | 949 221-0600<br>James Reynolds | Lease | | $585,571.46 |
| Royal & Sun Alliance Insurance Company<br>945 East Paces Ferry Rd., Suite 1890,<br>Atlanta, GA 30326 | Ken Johnson<br>5 Concourse Pky. Ste. 500<br>Atlanta, GA 30348 | Insurance | | $476,745.00 |
| Direct Supply Healthcare Equipment<br>6767 N. Industrial Rd.<br>Milwaukee, WI 53223 | 800 405 3774<br>Bob Hillis | Trade | | $471,158.69 |
| Gordon Food Service<br>20212 Wagon Trail Drive<br>Noblesville, IN 46060 | 800 968 6577<br>Greg Penn | Trade | | $378,776.72 |
| General Star Management Company<br>75 Remittance Dr Ste 1036<br>Chicago, IL 60675 1036 | 203 328 5800<br>Rebecca Trief & Steve Leone | Insurance | | $361,131.92 |

In re:  CENTENNIAL HEALTHCARE CORPORATION, *et al.,*   Case Nos. [_____] through [_____]
Chapter 11

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| CareSouth<br>PO Box 200<br>Augusta, GA  30903 | 800 241 3363<br>John Southern | Trade | | $358,488.00 |
| Hunton & Williams<br>600 Peachtree St. NE<br>Atlanta, GA  30308-2216 | 404 888 4119<br>Sylvia Kochler | Professional Fees | | $293,762.07 |
| HCPI Knightdale Inc<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA  92660 | 949 221-0600<br>James Reynolds | Lease | | $255,482.53 |
| Popular Leasing<br>16280 Westwood Business Park Dr.<br>Ellisville, MO  63021 | Lisa Dierdorf Seemiller | Lease | | $249,856.00 |
| National Union Fire Insurance Company<br>1200 Abernathy Rd.,<br>Bldg 6, 8th Fl.<br>Atlanta, GA  30328 | 770 671 2427<br>Lara Meyer | Insurance | | $215,000.00 |
| EG Forrest Company<br>PO Box 228<br>1023 N. Chestnut St.<br>Winston Salem, NC  27102-0228 | 336 917 4812<br>Rob Heflin | Trade | | $177,193.80 |
| Ken Owens<br>205 Wellwood Ct.<br>Roswell, GA 30075 | 770 587-3566<br>Ken Owens | Severance | | $158,333.40 |
| American Airlines<br>PO Box 905<br>Charlotte, NC  28290-5164 | Jeff Campbell, CFO | Trade | | $155,929.49 |
| Magnolia Management Company<br>763 Avery Blvd.<br>Ridgeland, MS  39157-5218 | Elton Beebe | Trade | | $154,060.09 |
| Willkie Farr & Gallagher<br>787 Seventh Ave.<br>New York, NY  10019-6099 | 212 728 8222<br>Steve Gartner | Professional Fees | | $150,365.58 |
| United States Laboratory Corp.<br>2 Jonathon Dr.<br>Brockton, MA  02301 | Chief Financial Officer | Trade | | $143,703.03 |
| Cirelli Foods<br>970 West Chestnut St<br>Brockton, MA  02301 | 508 897 4443<br>Jane Brett | Trade | | $112,583.54 |
| Anatomic Concepts, Inc.<br>1851 Delilah St.<br>Corona, CA  91719 | 800 874 7237<br>David Farley | Trade | | $107,237.65 |
| Reznick Fedder & Silverman<br>Two Hopkins Plaza, Suite 2100<br>Baltimore, MD  21201-2911 | 410 783 4900<br>Tony Gilbert | Professional Fees | | $100,000.00 |
| Elderberry Manor Of Mecklenburg,<br>Limited Partnership<br>1000 Church Street<br>Lynchburg, VA  24505-0638 | 434 845-5918<br>C. Lynch Christian, Jr. | Lease | | $94,900.50 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Ave.<br>Investors Bldg. Suite 300<br>Minneapolis, MN  55479-2048 | Kurt Isaacson | Lease | | $90,333.46 |
| AT&T<br>55 Corporate Dr.<br>Bridgewater, NJ  08807 | 908 658 7058<br>District Manager | Trade | | $83,971.52 |
| Blue Cross Blue Shield Of Georgia<br>PO Box 100376<br>Atlanta, GA  30384-0376 | 404 842 8980<br>Gregg Chandler | Trade | | $79,149.77 |