ENTERED ON DOCKET
12/24/02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CENTENNIAL HEALTHCARE ) | Case No. 02-74974 |
| CORPORATION, ) | |
| ) | Judge Massey |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| CAREBRIDGE, INC., ) | Case No. 02-75004 |
| ) | |
| Debtor. ) | Judge Massey |
| In re: ) | Chapter 11 |
| ) | |
| CENTENNIAL ACQUISITION ) | Case No. 02-75005 |
| CORPORATION, ) | |
| ) | Judge Massey |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| CENTENNIAL EMPLOYEE ) | Case No. 02-75006 |
| MANAGEMENT CORPORATION, ) | |
| ) | Judge Massey |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| CENTENNIAL HEALTHCARE ) | Case No. 02-75007 |
| ACQUISITION CORPORATION, ) | |
| ) | Judge Massey |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| CENTENNIAL HEALTHCARE ) | Case No. 02-75009 |
| HOSPITAL CORPORATION, ) | |
| ) | Judge Massey |
| Debtor. ) | |

ATL_IMANAGE-3057938

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL HEALTHCARE INVESTMENT CORPORATION, | ) ) ) | Case No. 02-75010 |
| | ) | Judge Massey |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL HEALTHCARE MANAGEMENT CORPORATION, | ) ) ) | Case No. 02-75011 |
| | ) | Judge Massey |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL HEALTHCARE PROPERTIES CORPORATION, | ) ) ) | Case No. 02-75014 |
| | ) | Judge Massey |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL HEALTHCARE PROPERTY SERVICES CORPORATION, | ) ) ) ) | Case No. 02-75015 |
| | ) | Judge Massey |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL PROFESSIONAL THERAPY SERVICES CORPORATION, | ) ) ) ) | Case No. 02-75017 |
| | ) | Judge Massey |
| Debtor. | ) ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL/ASHTON PROPERTIES CORPORATION, | ) ) ) | Case No. 02-75018 |
| | ) | Judge Massey |
| Debtor. | ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COASTAL ADMINISTRATIVE SERVICES CORPORATION, | ) ) | Case No. 02-75020 |
| | ) | |
| Debtor. | ) ) | Judge Massey |
| In re: | ) | Chapter 11 |
| | ) | |
| HILLTOPPER HOLDING CORPORATION, | ) ) | Case No. 02-75002 |
| | ) | |
| Debtor. | ) ) | Judge Massey |
| In re: | ) | Chapter 11 |
| | ) | |
| JENNINGS NURSING HOME INVESTORS, LLC, | ) ) | Case No. 02-75023 |
| | ) | |
| Debtor. | ) ) | Judge Massey |
| In re: | ) | Chapter 11 |
| | ) | |
| JENNINGS PROPERTY SERVICES COMPANY, LLC, | ) ) | Case No. 02-75024 |
| | ) | |
| Debtor. | ) ) | Judge Massey |
| In re: | ) | Chapter 11 |
| | ) | |
| OAK GROVE OF RUTHERFORD LIMITED PARTNERSHIP, | ) ) | Case No. 02-75025 |
| | ) | |
| Debtor. | ) ) | Judge Massey |
| In re: | ) | Chapter 11 |
| | ) | |
| PARAGON REHABILITATION, INC., | ) | Case No. 02-75026 |
| | ) | |
| Debtor. | ) ) | Judge Massey |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **PARKVIEW PARTNERSHIP,** | ) | Case No. 02-75028 |
| | ) | |
| Debtor. | ) | Judge Massey |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **PROBITAS CLAIMS MANAGEMENT, LLC,** | ) | Case No. 02-75029 |
| | ) | |
| | ) | Judge Massey |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **PROBITAS CONSULTING SERVICES, LLC,** | ) | Case No. 02-75031 |
| | ) | |
| | ) | Judge Massey |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **PROBITAS HEALTH MANAGEMENT SOLUTIONS, LLC,** | ) | Case No. 02-75033 |
| | ) | |
| | ) | Judge Massey |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **PROBITAS PROCUREMENT SERVICES, LLC,** | ) | Case No. 02-75035 |
| | ) | |
| | ) | Judge Massey |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **PROBITAS REAL PROPERTY MANAGEMENT, LLC,** | ) | Case No. 02-75027 |
| | ) | |
| | ) | Judge Massey |
| Debtor. | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **THS PARTNERS I, INC.,** ) | Case No. 02-75030 |
| ) | |
| Debtor. ) | Judge Massey |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **THS PARTNERS II, INC.,** ) | Case No. 02-75032 |
| ) | |
| Debtor. ) | Judge Massey |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **TOTAL CARE CONSOLIDATED, INC.,** ) | Case No. 02-75034 |
| ) | |
| Debtor. ) | Judge Massey |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **TOTAL CARE OF THE CAROLINAS, INC.,** ) | Case No. 02-75037 |
| ) | Judge Massey |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **TOTAL CARE, INC.,** ) | Case No. 02-75040 |
| ) | |
| Debtor. ) | Judge Massey |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **TOTAL HEALTH CARE SERVICES, INC.,** ) | Case No. 02-75043 |
| ) | Judge Massey |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| **TRANSITIONAL FINANCIAL SERVICES, INC.,** ) | Case No. 02-75045 |
| ) | Judge Massey |
| Debtor. ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRANSITIONAL HEALTH PARTNERS d/b/a TRANSITIONAL HEALTH SERVICES, | ) ) ) | Case No. 02-75038 |
| | ) | Judge Massey |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRANSITIONAL HEALTH SERVICES, INC., | ) ) | Case No. 02-75041 |
| | ) | Judge Massey |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WELCARE HEALTHCARE ACQUISITION CORPORATION, | ) ) | Case No. 02-75046 |
| | ) | Judge Massey |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WELCARE INVESTMENT COMPANY, LLC, | ) ) | Case No. 02-75047 |
| | ) | Judge Massey |
| Debtor. | ) ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

This matter is before the Court on the motion of Centennial HealthCare Corporation and its debtor affiliates (collectively, the "Debtors") for joint administration of these bankruptcy cases pursuant to Federal Rule of Bankruptcy Procedure 1015 (the "Motion").

The Court has considered the Motion, the Declaration of David R. Wilson in Support of First-Day Motions and Applications, and the matters reflected in the record of the hearing held on the Motion. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee;

that no further notice is necessary; that the relief sought in the motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 02-74974, in accordance with the provisions of Federal Rule of Bankruptcy Procedure 1015(b).

3. The joint caption of these cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTENNIAL HEALTHCARE | ) | Case Nos. 02-74974 *et al.* |
| CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Massey |
| | ) | |

4. All pleadings and papers filed in these cases, with the exception of proofs of claim, shall be captioned as in the preceding paragraph.

5. All docket entries in these cases shall be made in the case of Centennial HealthCare Corporation, Case No. 02-74974. The Clerk is directed to make a docket entry in each of the other Debtors' cases substantially as follows:

> An order has been entered in this case consolidating this case with the bankruptcy cases of Centennial HealthCare Corporation, Case No. 02-74974, and certain of its affiliates for procedural purposes only and providing for its joint administration in accordance with the terms thereof.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED, this 23rd day of December, 2002.

*[signature]*
United States Bankruptcy Judge

Prepared and presented by:

*[signature]*

Sarah Robinson Borders
Georgia Bar No. 610649
Paul K. Ferdinands
Georgia Bar No. 258623
Brian C. Walsh
Georgia Bar. No. 735042
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600
Fax: (404) 572-5149

Proposed Attorneys for the Debtors

## DISTRIBUTION LIST

### EXISTING LENDERS

Kenneth Ziman, Esq.  
Simpson Thatcher & Bartlett  
425 Lexington Avenue  
New York, NY 10017-3950

David L. Eades  
Moore & Van Allen PLLC  
100 North Tyron Street  
Suite 4700  
Charlotte, NC 28202-4003

Shelley Rucker  
Miller & Martin LLP  
Suite 1000 Volunteer Building  
832 Georgia Avenue  
Chattanooga, TN 37402

### REAL ESTATE LENDERS

| | |
|---|---|
| HELLER HEALTHCARE FINANCING, INC.<br>2 Wisconsin Circle, 4th Floor<br>Chevy Chase, MD 20815 | SOUTHTRUST BANK OF ALABAMA, NA<br>Attention: Rick Anthony<br>420 North 20th Street<br>9th Floor, Specialized HealthCare<br>Birmingham, AL 35203 |
| MIDLAND LOAN SERVICES<br>Attn: Jason Coonrod<br>10851 Mastin<br>Overland Park, Kansas 66210 | HEALTH CARE PROPERTY INVESTORS, INC.<br>Attn:   Jim Reynolds<br>4675 MacArthur Court<br>Suite 9<br>Newport Beach, CA 92660 |
| Kim Staman<br>LEND LEASE REAL ESTATE INVESTMENTS, INC.<br>700 North Pearl Street<br>Suite 2400 LB 342<br>Dallas, TX 75201 | |

# DEBTORS' 30 LARGEST UNSECURED CREDITORS
## ON A CONSOLIDATED BASIS

| | |
|---|---|
| MEDLINE INDUSTRIES<br>One Medline Place<br>Mundelein, IL 60060<br>Attn: Bill Abington | OMNICARE, INC.<br>100 East Rivercenter Boulevard<br>Suite 1500<br>Covington, KY 41011<br>Attn: Joel Gemunder |
| WEST BEND MUTUAL INSURANCE COMPANY<br>1900 South 18th Street Avenue<br>West Bend, WI 53095 | Greg Syvrud<br>West Bend Mutual Insurance Company<br>3113 W. Beltline Hwy.<br>Madison, WI 53708 |
| INDIANA HCP, LP<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660<br>Attn: James Reynolds | ERNST & YOUNG LLP<br>600 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-2215<br>Attn: Tony Bielawski |
| HEALTH CARE PROPERTY INVESTORS, INC.<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660<br>Attn: James Reynolds | INSTITUTIONAL DISTRIBUTORS, INC.<br>2742 Hwy 25 N<br>East Bernstadt, KY 40729<br>Attn: Chief Financial Officer |
| HEALTH CARE PROPERTY PARTNERS<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660<br>Attn: James Reynolds | ROYAL & SUN ALLIANCE INSURANCE COMPANY<br>945 East Paces Ferry Road, Suite 1890<br>Atlanta, GA 30326 |
| Ken Johnson<br>Royal & Sun Alliance Insurance Company<br>5 Concourse Pky. Suite 500<br>Atlanta, GA 30348 | DIRECT SUPPLY HEALTHCARE EQUIPMENT<br>6767 N. Industrial Road<br>Milwaukee, WI 53223<br>Attn: Bob Hillis |
| GORDON FOOD SERVICE<br>20212 Wagon Trail Drive<br>Noblesville, IN 46060<br>Attn: Greg Penn | GENERAL STAR MANAGEMENT COMPANY<br>75 Remittance Dr., Suite 1036<br>Chicago, IL 60675-1036<br>Attn: Rebecca Trief & Steve Leone |

-2-

| | |
|---|---|
| CARESOUTH<br>2743 Perimeter Parkway<br>Bldg. 200, Suite 200<br>Augusta, GA 30909<br>Attn: John Southern | HUNTON & WILLIAMS<br>600 Peachtree St. NE<br>Atlanta, GA 30308-2216<br>Attn: Sylvia Kochler |
| HCPI KNIGHTDALE INC.<br>4675 Macarthur Court 9th Floor<br>Newport Beach, CA 92660<br>Attn: James Reynolds | POPULAR LEASING<br>16280 Westwood Business Park Dr.<br>Ellisville, MO 63021<br>Attn: Lisa Dierdorf Seemiller |
| NATIONAL UNION FIRE INSURANCE COMPANY<br>1200 Abernathy Road<br>Bldg. 6, 8th Floor<br>Atlanta, GA 30328<br>Attn: Lara Meyer | EG FORREST COMPANY<br>1023 N. Chestnut St.<br>Winston Salem, NC 27102-0228<br>Attn: Rob Heflin |
| KEN OWENS<br>205 Wellwood Ct.<br>Roswell, GA 30075 | AMERICAN AIRLINES<br>4700 American Blvd.<br>Fort Worth, TX 76155<br>Attn: Jeff Campbell, CFO |
| MAGNOLIA MANAGEMENT COMPANY<br>763 Avery Blvd.<br>Ridgeland, MS 39157-5218<br>Attn: Elton Beebe | WILKIE FARR & GALLAGHER<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>Attn: Steve Gartner |
| UNITED STATES LABORATORY CORP.<br>2 Jonathon Dr.<br>Brockton, MA 02301<br>Attn: Chief Financial Officer | CIRELLI FOODS<br>970 West Chestnut Street<br>Brockton, MA 02301<br>Attn: Jane Brett |
| ANATOMIC CONCEPTS, INC.<br>1851 Delilah St.<br>Corona, CA 91719<br>Attn: David Farley | Reznick Fedder & Silverman<br>Two Hopkins Plaza, Suite 2100<br>Baltimore, MD 21201-2911<br>Attn: Tony Gilbert |
| ELDERBERRY MANOR OF MECKLENBURG,<br>LIMITED PARTNERSHIP<br>1000 Church Street<br>Lynchburg, VA 24505-0638<br>Attn: C. Lynch Christian, Jr. | WELLS FARGO EQUIPMENT FINANCE, INC.<br>733 Marquette Avenue<br>Investors Bldg. Suite 300<br>Minneapolis, MN 55479-2048<br>Attn: Kurt Isaacson |

-3-

| | |
|---|---|
| AT&T<br>55 Corporate Dr.<br>Bridgewater, NJ 08807<br>Attn: District Manager | BLUE CROSS BLUE SHIELD OF GEORGIA<br>3350 Peachtree Road, NE<br>Atlanta, GA 30326<br>Attn: Gregg Chandler |

## EQUITY HOLDER

Wilkie Farr & Gallagher
Attn: Steve Gartner
787 Seventh Ave.
New York, NY 10019-6099

## UNITED STATES TRUSTEE

Leroy Culton
Office of the United States Trustee
362 United States Courthouse
75 Spring Street, S. W.
Atlanta, GA 30303

## PARTIES REQUESTING NOTICE

Richard B. Herzog, Jr.
Nelson Mullins Riley & Scarborough, LLP
First Union Plaza
999 Peachtree Street, N.E.
Suite 1400
Atlanta, GA 30309

Erich N. Durlacher, Esq.
Burr & Forman LLP
Suite 1200, One Georgia Center
600 West Pachtree Street, N.W.
Atlanta, GA 30308

Timothy M. Lupinacci, Esq.
Burr & Forman LLP
SouthTrust Tower, Suite 3100
420 North Twentieth Street
Birmingham, AL 35203