UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CENTENNIAL HEALTHCARE | : | CASE NO.: 02-74974 |
| CORPORATION, et al., | : | |
| | : | JOINTLY ADMINISTERED |
| DEBTORS. | : | |
| | : | JUDGE MASSEY |

### AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 in accordance with his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

See Exhibit "A" attached hereto.

C. David Butler
United States Trustee
Region 21

By: s/ Leroy Culton
_____ Leroy Culton
Trial Attorney
Georgia Bar No.: 170919

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303
(404) 331-4437

**EXHIBIT "A"**

General Star Indemnity Company
695 East Main Street
Stamford, CT 06904
Attn.: Mark Gardner
      Vice President
Tel: 203-328-6218
Fax: 203-328-6150

Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060
Attn.: Alex Liberman
      General Counsel
Tel: 847-949-3015
Fax: 847-949-2633

Cirelli Foods, Inc.
970 West Chestnut Street
Brockton, MA 02301
Attn.: Raymond L. LeBlanc
      Vice President & CFO
Tel: 508-897-4411
Fax: 508-897-4500

Magnolia Management Corporation
763 Avery Blvd. North
P. O. Box 6015
Ridgeland, MS 39158-6015
Attn.: Elton G. Beebe
      President
Tel: 601-956-8884
Fax: 601-956-7055

Omnicare, Inc.
100 E. Rivercenter Blvd.
Suite 1500
Covington, KY 41011
Attn.: Richard T. Richow
      Director
Tel: 859-392-3495
Fax: 859-392-3330

Gordon Food Service, Inc.
420 50th Street, SW
P. O. Box 2244
Grand Rapids, MI 49501
Attn.: Sharon Vet
      Enterprise Credit Manager
Tel: 800-905-3012
Fax: 616-717-6570

Kenneth C. Owens
909 Santa Rosa Blvd.
#561
Fort Walton Beach, FL 32548
Tel: 850-543-4140
Fax: (None Available)

# **CERTIFICATE OF SERVICE**

_____I Hereby Certify that a true and correct copy of the Amended Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims was served by Facsimile and First Class United States Mail upon members of the committee as appointed and upon parties in interest as follows:

| | |
|---|---|
| Sarah Robinson Borders, Esq. | David B. Kurzweil, Esq. |
| Paul K. Ferdinands, Esq. | James R. Sacca, Esq. |
| Brian C. Walsh, Esq. | Greenberg Traurig |
| King & Spalding | 3290 Northside Parkway, N. W. |
| 191 Peachtree Street | Suite 400 |
| Atlanta, GA 30303-1763 | Atlanta, GA 30327 |

Done this 15th day of January, 2003.

By: s/ Leroy Culton
_____
Leroy Culton
Trial Attorney