ENTERED ON DOCKET

3/6/03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **CENTENNIAL HEALTHCARE** ) | Case Nos. 02-74974 *et al.* |
| **CORPORATION**, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | Judge Massey |
| _____ ) | |

ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
AS SPECIAL INSURANCE COVERAGE COUNSEL

Pursuant to 11 U.S.C. § 327(e), and upon consideration of the Application of Centennial Healthcare Corporation and Its Affiliated Debtors for Entry of an Order Authorizing Employment and Retention of Dickstein Shapiro Morin & Oshinsky LLP as Special Insurance Coverage Counsel (the "Application") and the Verified Statement of Katherine J. Henry on Behalf of Dickstein Shapiro Morin & Oshinsky LLP Pursuant to Bankruptcy Rule 2014(a) in Support of the Application of Centennial Healthcare Corporation and Its Affiliated Debtors for Entry of an Order Authorizing Employment and Retention as Special Insurance Coverage Counsel and Disclosure of Compensation Pursuant to Section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b); and the Court being satisfied that Dickstein Shapiro Morin & Oshinsky LLP is duly qualified to represent the Debtors, that Dickstein Shapiro Morin & Oshinsky LLP neither holds nor represents any interest adverse to the Debtors in connection with the matters for which it is to be retained and that the Debtors' employment and retention of Dickstein Shapiro Morin & Oshinsky LLP should be approved; and it appearing that due notice of the Application has been given and no further notice need be given; and good and sufficient cause appearing, it is hereby ORDERED as follows:

1. The Application (document no. 257) is GRANTED, subject to any objections filed within twenty (20) days after entry of this Order.

2. Subject to such objections, the Debtors are authorized to employ and retain Dickstein Shapiro Morin & Oshinsky LLP as special insurance coverage counsel, pursuant to Section 327(e) of the Bankruptcy Code, as of the Petition Date, December 20, 2002.

3. Dickstein Shapiro Morin & Oshinsky LLP shall be compensated in accordance with the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals entered February 6, 2003.

4. If any supplemental declarations are filed and served after entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, Dickstein Shapiro Morin & Oshinsky LLP's employment shall continue as authorized pursuant to this Order.

5. Any objection to the relief requested in the Application shall be filed with the Court, 75 Spring Street, S.W., Room 1340, Atlanta, Georgia 30303, within twenty (20) days of the date of this Order and shall be served upon (i) the Office of the United States Trustee, 75 Spring Street, S.W., Room 362, Atlanta, Georgia 30303; (ii) Sarah Robinson Borders, King & Spalding, 191 Peachtree Street, Atlanta, Georgia 30303; and (iii) Kenneth S. Ziman, Simpson Thacher & Bartlett, 425 Lexington Avenue, New York, New York 10017; (iv) David B. Kurzweil, Greenberg Traurig, LLP, 3290 Northside Parkway, Suite 400, Atlanta, Georgia 30327; and (v) Katherine J. Henry, Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street N.W., Washington, D.C. 20037, so as to be received by such filing deadline. If no objection is timely filed and served, this Order shall be deemed a final order, and no further hearing on the Application shall be held.

6. Counsel for the Debtors is directed to serve a copy of this Order on all parties on the Master Service List within three (3) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

SO ORDERED, this 4th day of March, 2003.

James E. Massey
United States Bankruptcy Judge

Prepared and presented by:

KING & SPALDING LLP

Sarah Robinson Borders
Georgia Bar No., 610649
Paul K. Ferdinands
Georgia Bar No. 258623
Brian C. Walsh
Georgia Bar No. 735042
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600
Fax (404) 572 5149

Attorneys for the Debtors